NOT FOR PUBLICATION

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

APR 18 2017

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff-Appellee,<br><br>v.<br><br>HECTOR SAUL ESTRADA-RAMOS,<br>a.k.a. Hector Estrada-Ramos,<br><br>Defendant-Appellant. | No.    16-10238<br><br>D.C. No. 4:15-cr-02087-CKJ<br><br>MEMORANDUM* |

Appeal from the United States District Court
for the District of Arizona
Cindy K. Jorgenson, District Judge, Presiding

Submitted April 11, 2017**

Before:    GOULD, CLIFTON, and HURWITZ, Circuit Judges.

Hector Saul Estrada-Ramos appeals from the district court's judgment and

challenges his guilty-plea conviction and 37-month sentence for attempted reentry

of a removed alien, in violation of 8 U.S.C. § 1326.  Pursuant to *Anders v.*

*California*, 386 U.S. 738 (1967), Estrada-Ramos's counsel has filed a brief stating

---

\*        This disposition is not appropriate for publication and is not precedent
except as provided by Ninth Circuit Rule 36-3.

\*\*        The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

that there are no grounds for relief, along with a motion to withdraw as counsel of record.  We have provided Estrada-Ramos the opportunity to file a pro se supplemental brief.  No pro se supplemental brief or answering brief has been filed.

Estrada-Ramos waived his right to appeal his conviction and sentence.  Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80 (1988), discloses no arguable issue as to the validity of the waiver.  *See United States v. Watson*, 582 F.3d 974, 986-88 (9th Cir. 2009).  We accordingly dismiss the appeal.  *See id.* at 988.

We remand the case to the district court with instructions to correct the judgment to reflect the correct offense of conviction, attempted reentry of a removed alien.

Counsel's motion to withdraw is **GRANTED.**

**DISMISSED; REMANDED to correct the judgment.**